IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SUSAN P. HILTON, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 7:17cv123 |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| **Defendant.** ) | |

# **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion entered on this date, it is hereby **ORDERED** that Hilton's Motion for Summary Judgment (Dkt. No. 12) is **GRANTED**, the Commissioner's Motion for Summary Judgment (Dkt. No. 14) is **DENIED** and this matter is hereby **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this opinion.

Entered: July 11, 2018

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge